IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CRUMPLER, *ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*,<br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMNT, INC. and MIDLAND FUNDING, LLC,<br>Defendants. | CIVIL ACTION<br><br>NO. 13-1953 |

FILED
DEC 13 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 13th day of December 2013, upon consideration of Defendants' Motion to Compel Arbitration (Doc. No. 17) and Plaintiff's response thereto, for the reasons stated in the accompanying Memorandum Opinion it is hereby **ORDERED** that:

1. The Motion is **DENIED** without prejudice;

2. The Parties' respective requests to strike are **DENIED** as explained in the accompanying Memorandum Opinion; and

3. The Parties are **DIRECTED** to file within **14 days** of the entry of this Order to file a joint proposed revised schedule to govern proceedings in this case and a status report.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

---

[1] This status report shall inform the Court whether either Party or both proposes to conduct additional limited discovery, consistent with the Memorandum Opinion, on the issue of whether T-Mobile put Crumpler on notice of the Terms and Conditions that Midland alleges governed Crumpler's contracts with T-Mobile. Any dispute about the appropriate scope of discovery shall be addressed by motion.